UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

    A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-00715 SC**     **Beauperthuy et al v. 24 Hour Fitness USA, Inc. Et al**

**SEE ATTACHED LISTING**

I find that the cases in the attached listing are related to the case assigned to me. ✓

## ORDER

    Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 12/19/11         _____
                                Judge Samuel Conti

RELATED CASE LIST

| | |
|---|---|
| 3:11-cv-05830 JCS | MARYBETH VAN HORN-V-24 HOUR FITNESS USA INC |
| 3:11-cv-05833 JSC | TRACEY J VAUGHN-V-24 HOUR FITNESS USA |
| 3:11-cv-05834 JCS | BERNADETTE A VECCHIARELLI-V-24 HOUR FITNESS |
| 3:11-cv-05835 NC | THOMAS JAMES M VALERA-V-24 HOUR FITNESS USA INC |
| 3:11-cv-05836 EDL | KIMBERLY R TROELL-V-24 HOUR FITNESS USA INC |
| 3:11-cv-05837 MEJ | KIMBERLY R TROELL-V-24 HOUR FITNESS USA INC |
| 3:11-cv-05838 JSC | FILIBERTO VERA JR-V-24 HOUR FITNESS |
| 3:11-cv-05839 JCS | ROBERT W THOMPSON-V-24 HOUR FITNESS USA INC |
| 4:11-cv-05840 LB | ELIDA HERRERA-V-SELECT PORTFOLIO SERVICING |
| 3:11-cv-05841 NC | KELLY J TAN-V-24 HOUR FITNESS USA INC |
| 3:11-cv-05843 JCS | EMILE J TAMBICANNOU-V-24 HOUR FITNESS USA INC |
| 4:11-cv-05844 LB | FRANCIS A VERASAMMY-V-24 HOUR FITNESS |
| 3:11-cv-05845 MEJ | NATALIE K TALAMOA-V-24 HOUR FITNESS USA INC |
| 3:11-cv-05846 JCS | NICOLE B VICHA-V-24 HOUR FITNESS |
| 3:11-cv-05847 MEJ | WENDELL P SYLVESTER-V-24 HOUR FITNESS USA INC |
| 3:11-cv-05848 EDL | ROBERT J SUREN-V-24 HOUR FITNESS USA INC |
| 4:11-cv-05849 DMR | CHRISTOPHER J VOGT-V-24 HOUR FITNESS |
| 3:11-cv-05850 JSC | KATHERINE D WAGNER-V-24 HOUR FITNESS |
| 4:11-cv-05851 DMR | MONICA L STEELE-V-24 HOUR FITNESS USA INC |
| 4:11-cv-05852 DMR | DUANE A STARK-V-24 HOUR FITNESS USA INC |
| 3:11-cv-05853 NC | FRANCES VASQUEZ-V-24 HOUR FITNESS USA INC |
| 4:11-cv-05854 LB | SUZANNE P STAUFFER-V-24 HOUR FITNESS USA INC |
| 3:11-cv-05855 EDL | CHRIS P. WELTON-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05856 DMR | MEGAN WEST-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05857 DMR | ARTHUR H. SCHWERZEL-V-24 HOURS FITNESS USA, INC. |
| 3:11-cv-05858 JCS | ROBERT T. WILKENS-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05859 SBA | WALTER T. WILLIAMS-V-24 HOUR FITNESS USA, INC. |

| Case Number | Caption |
|---|---|
| 3:11-cv-05860 MEJ | BRADFORD W. WILSON-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05861 JSC | TRENTON T. SENSIBA-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05862 MEJ | EMMANUEL C. MARCHICA-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05863 LB | RANDY K. MARSH-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05864 MEJ | MICHELLE N. MARSHALL-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05865 EDL | KRISTOPHER M. MARTINO-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05866 MEJ | CHRISTIE V. MASONE-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05867 DMR | CORTLAND S. MATER-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05868 DMR | NICOLE M. MCCULLOUGH-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05869 DMR | JASON R. MCDONALD-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05870 EDL | DANIEL A. MCGREGOR-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05871 DMR | RICHARD C. MCMILLAN-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05872 SC | ADRIANA MEDINA-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05873 JCS | FRANK D. MILLSAP-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05874 DMR | CHRISTIAN K AARONA-V-24 HOUR FITNESS |
| 4:11-cv-05875 DMR | JARED W ADAMS-V-24 HOUR FITNESS |
| 3:11-cv-05876 EDL | CANDICE L. MITZEL-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05877 JCS | ERIN M ADDESSO-V-24 HOUR FITNESS |
| 4:11-cv-05878 DMR | KEVIN A. MOORE-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05879 EDL | MICHAEL Y AIMOTO-V-24 HOUR FITNESS |
| 3:11-cv-05880 WHA | MICHAEL K AKANA-V-24 HOUR FITNESS |
| 4:11-cv-05881 LB | PATRICK J. MOORE-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05882 DMR | ROBERT L ALLEN-V-24 HOUR FITNESS |
| 3:11-cv-05883 EDL | BOON DO KIM MORGAN-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05884 MEJ | BRYAN S ANDERSON-V-24 HOUR FITNESS |
| 3:11-cv-05885 JCS | KENNETH ARTERBERRY-V-24 HOUR FITNESS |
| 4:11-cv-05886 LB | TRAVIS E. MORRIS-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05887 JSC | ALLISON L ASH-V-24 HOUR FITNESS |

| Case Number | Case Title |
|---|---|
| 3:11-cv-05888 EDL | JASON D. MORROW-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05889 DMR | JAMES V AUSTIN-V-24 HOUR FITNESS |
| 4:11-cv-05890 LB | JOSHUA A. MYERS-V-24 HOUR FITNESS USA, INC. |
| 4:11-cv-05891 LB | ROSS T. NAVARRETTE-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05892 EDL | JOHN D. NESMITH-V-24 HOUR FITNESS USA, INC. |
| 3:11-cv-05993 EMC | GUERLIN BOZIEUX-V-24 HOUR FITNESS |
| 4:11-cv-05994 LB | ROBERT R BRADFORD-V-24 HOUR FITNESS |
| 3:11-cv-05995 MEJ | EDWIGE S BRAND-V-24 HOUR FITNESS |
| 3:11-cv-05996 SI | ADAM L BRATTEN-V-24 HOUR FITNESS |
| 4:11-cv-05997 SBA | DAWN KATHERINE BROCKETT-V-24 HOUR FITNESS |
| 4:11-cv-05998 DMR | JASON D BROWN-V-24 HOUR FITNESS |
| 3:11-cv-05999 SC | RYAN S BROWN-V-24 HOUR FITNESS |
| 3:11-cv-06000 JSW | TERRY L BRYANT-V-24 HOUR FITNESS |
| 3:11-cv-06001 JSC | MATT M BUBEL-V-24 HOUR FITNESS |
| 3:11-cv-06002 JCS | AMANDA L BUNTIN-V-24 HOUR FITNESS |
| 3:11-cv-06003 WHA | DAVID BURROWS-V-24 HOUR FITNESS |
| 3:11-cv-06004 JSW | TERRI L BURT-V-24 HOUR FITNESS |
| 4:11-cv-06005 DMR | AARON G BUTLER-V-24 HOUR FITNESS |
| 4:11-cv-06006 LB | TRISHA M BYERLEY-V-24 HOUR FITNESS |
| 4:11-cv-06007 SBA | VERONICA CAMARILLO-MORRIS-V-24 HOUR FITNESS |
| 3:11-cv-06008 WHA | TERRY J CANTLON-V-24 HOUR FITNESS |
| 3:11-cv-06009 SC | JERRY C CASTON-V-24 HOUR FITNESS |
| 3:11-cv-06010 TEH | ALWIN CHAPUSEAUX-V-24 HOUR FITNESS |
| 3:11-cv-06011 SI | HOLLY A CHILDERS-V-24 HOUR FITNESS |
| 3:11-cv-06012 EMC | DAVEY R CHILDRES-V-24 HOUR FITNESS |
| 4:11-cv-06013 PJH | EMILY LYNN CHIRDON-V-24 HOUR FITNESS |
| 3:11-cv-06014 NC | MARK A H CHRISTIAN-V-24 HOUR FITNESS |
| 3:11-cv-06015 MEJ | ABBOTT S CLACK-V-24 HOUR FITNESS |

| | |
|---|---|
| 4:11-cv-06016 CW | KEITH T CLOUDAS-V-24 HOUR FITNESS |
| 3:11-cv-06017 CRB | CHARLES T COE-V-24 HOUR FITNESS |
| 3:11-cv-06018 EDL | ALEKZANDRA T COLLINS-V-24 HOUR FITNESS |
| 3:11-cv-06019 JSC | CHRISTINA D COLLINS-V-24 HOUR FITNESS |
| 3:11-cv-06020 JCS | STACEY L COMSTOCK-V-24 HOUR FITNESS |
| 3:11-cv-06021 JW | ERIC LEE CONRY-V-24 HOUR FITNESS |
| 4:11-cv-06022 LB | KAYTEE L COOK-V-24 HOUR FITNESS |
| 3:11-cv-06023 EMC | DEREK S COOPER-V-24 HOUR FITNESS |
| 3:11-cv-06024 NC | HADLEY E CORSON-V- 24 HOUR FITNESS |
| 3:11-cv-06025 MMC | CHAD ALLAN CRIQUI-V-24 HOUR FITNESS |
| 3:11-cv-06026 JSW | ANDRE CRITTENDON-V-24 HOUR FITNESS |
| 4:11-cv-06027 CW | WILLIAM CUNNINGHAM-V-24 HOUR FITNESS |
| 3:11-cv-06028 SI | ANTHONY T CURTIS-V-24 HOUR FITNESS |
| 3:11-cv-06029 MEJ | TODD A DAIL-V-24 HOUR FITNESS |
| 3:11-cv-06030 JCS | TIFINI A DAVEY-V-24 HOUR FITNESS |
| 4:11-cv-06031 PJH | BRADLEY W DAVIS-V-24 HOUR FITNESS |
| 3:11-cv-06032 SC | TIMOTHY P DAY-V-24 HOUR FITNESS |
| 3:11-cv-06033 JSC | KIMBERLY C. KILPATRICK-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06034 DMR | JAMES E. KING-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06035 EDL | STANLEY J. KNAPTON-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06036 WHA | STEVEN W. KORDISH-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06037 SBA | TONY KUO-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06038 CRB | STAR D. LALARIO-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06039 JSW | MONTE LANE-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06040 NC | SHANE A. LANGTON-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06041 LB | LYLE L. LATIMER-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06042 JCS | JULIE L. LENIUS-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06043 CW | IAN W. LENTZ-v-24 HOUR FITNESS USA, INC., ET AL. |

| | |
|---|---|
| **3:11-cv-06044 EDL** | RAYMOND D. LESLIE-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06045 JSC** | DAN R. LINDSTROM-v-24 HOUR FITNESS USA, INC., ET AL. |
| **4:11-cv-06046 SBA** | RYAN L. LITTLETON-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06047 SI** | DAVID A. LONDON-v-24 HOUR FITNESS USA, INC., ET AL. |
| **4:11-cv-06048 DMR** | JORDAN B. LONGWELL-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06049 SC** | DON D. LYTTLETON-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06050 MEJ** | DION G. DE BIT, III-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06051 WHA** | JENNIFER C. WELTER-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06052 EMC** | NICHOLE E. WEEMS-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06053 CRB** | MELE WATTS-v-24 HOUR FITNESS USA, INC., ET AL. |
| **4:11-cv-06054 PJH** | ANWAR B. WASHINGTON-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06055 TEH** | TYLER E. GOSSETT-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06056 JW** | QUENTIN R. GREEN-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06057 EMC** | MALIKIA D. GRIFFIN-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06058 JSC** | MELISSA A. GRIFFIN-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06060 JSW** | JESSICA J. GRINDROD-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06061 SC** | ROGER C. GUERRA JR.-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06062 CRB** | WILLIAM L. HAEUPTLE-v-24 HOUR FITNESS USA, INC., ET AL. |
| **4:11-cv-06063 LB** | JENNIFER A. HAINES-v-24 HOUR FITNESS USA, INC., ET AL. |
| **4:11-cv-06064 CW** | HEATHER A. HALE-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06065 JCS** | LISA J. HALL-v-24 HOUR FITNESS USA, INC., ET AL. |
| **4:11-cv-06066 SBA** | ANGIE T. HARDY-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06067 WHA** | KRISTA HARMAN-v-24 HOUR FITNESS USA, INC., ET AL. |
| **4:11-cv-06068 PJH** | CHRISTOPHER L. HARRIS-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06069 MEJ** | ROCHELLE L. HARRIS-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06070 EDL** | ROBIN T. HAZIM-v-24 HOUR FITNESS USA, INC., ET AL. |
| **3:11-cv-06071 SI** | SHANE Y. HEDANI-v-24 HOUR FITNESS USA, INC., ET AL. |
| **4:11-cv-06072 DMR** | CHRISTOPHER E. HENDERSON-v-24 HOUR FITNESS USA, INC., ET AL. |

| | |
|---|---|
| 3:11-cv-06073 NC | JASON D. HENDERSON-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06074 LB | CLINTON M. HILL-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06075 SBA | JACOB D. HILL-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06076 JSC | KELLY F. HILLENBRAND-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06077 CW | ERIKA HOLLWEG-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06078 JSW | COREY A. HOLM-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06079 EMC | JAMES R. HONELL-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06080 SC | LESLEY L. HOUSE BAGLEY-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06081 MEJ | KELLY HOWELL-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06082 PJH | GOREAL D. HUDSON-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06083 NC | SIEGLINDE E. INCE-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06084 DMR | ERIC J. JOHN-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06085 CRB | CINDY H. JONES-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06086 WHA | ROBERT H. DECKER-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06087 JCS | PIZZA C. DEMORATO-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06088 EDL | ANDREA S. DIA CONO-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06089 SI | JAMIE L. DILLION-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06090 JSW | ERIN M. DONNELLY-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06091 SC | MARK C. DONNELLY-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06092 DMR | RON A. DURAN-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06093 SBA | MIGUEL S. DWYER-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06094 MEJ | ROBERT G. DYER-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06095 CW | KEVIN N. EDWARDS-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06096 SI | MIRANDA L. ESERMAN-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06097 JCS | TRAVIS J. ESTEY-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06098 LB | MEGAN A. ESTELY-RODRIQUEZ-HOEP-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06099 JSC | STEPHANIE L. EVERS-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06100 MMC | NICHOLAS K FANNIN-v-24 HOUR FITNESS USA, INC., ET AL. |

| | |
|---|---|
| 3:11-cv-06101 EDL | JARED M. FESTNER-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06102 WHA | ANTOINETTE FIEDLER-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06103 PJH | DAVID D. FITTRO-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06104 EMC | RODNEY J. FLEMING-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06105 NC | JESSICA L. FOLEY-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06106 CRB | KIRK A. FONTENOT-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06107 JW | DENISE M. FORD-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06108 CW | TROY A. FREI-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06109 JSC | ANDREA GANTZ-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06110 SI | LISA J. GASTEIGER-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06111 DMR | KATHLEEN E. GAUGHAN-v-24 HOUR FITNESS USA, INC., ET AL. |
| 4:11-cv-06112 LB | RAMSAY H. GEHA-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06113 EDL | CORY W. GILDAY-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06114 JSW | DEBORAH GLADNEY-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06115 WHA | JOEL GONZALEZ-v-24 HOUR FITNESS USA, INC., ET AL. |
| 3:11-cv-06116 EMC | SHELLY A. GORDEN-v-24 HOUR FITNESS USA, INC., ET AL. |